UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX LOPEZ-CABRERA,<br><br>                              Plaintiff,<br><br>         -v-<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | 21 Civ. 7804 (PAE)<br><br>11 Cr. 1032-14 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Plaintiff Felix Lopez-Cabrera has filed a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. No. 21 Civ. 7804, Dkt. 1. After the Government submitted its opposition to Lopez-Cabrera's petition, Lopez-Cabrera requested 60 additional days to file a memorandum of law in order to "explain and substantiate" his claims. No. 21 Civ. 7804, Dkt. 6. On January 6, 2022, the Government stated that it did not object to Lopez-Cabrera's request. No. 11 Cr. 1032-14, Dkt. 2654. Since then, no further filings have been made in this case. Accordingly, the Court directs Lopez-Cabrera to file any memorandum of law explaining and substantiating his claims by February 6, 2023. The Government will have until February 20, 2023 to file a reply.

SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                                 _____
                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: December 6, 2022
       New York, New York